**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| OPEN TEXT CORPORATION and OPEN TEXT S.A. ULC,<br><br>Plaintiff,<br><br>v.<br><br>HYLAND SOFTWARE, INC.,<br><br>Defendants | Case No. 8:20-cv-02123-DOC-ADS<br>(*The Honorable David O. Carter*)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

1 | Having considered the papers, and finding that good cause exists, the
2 | Parties' Stipulated Protective Order is **granted**.
3 |     **IT IS SO ORDERED.**

5 | DATED: April 16, 2021          /s/ Autumn D. Spaeth
6 |                                 THE HONORABLE AUTUMN D. SPAETH
                                UNITED STATES MAGISTRATE JUDGE